**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
　seth@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BROWN, CHRISTINE WILEY, ROBERT BONKOWSKI and ITATY HERNANDEZ, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FRITO-LAY NORTH AMERICA, INC. and PEPSICO, INC.,<br><br>　　　　　　Defendants | Case No. 4:2025-cv-06929-TLT<br><br>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL |

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss of all of their claims in this action without prejudice.

Dated: December 4, 2025

　　　　　　　　　　　　　　　　　　　　**GUTRIDE SAFIER LLP**

　　　　　　　　　　　　　　　　　　　　*/s/Seth A. Safier/s/*
　　　　　　　　　　　　　　　　　　　　Seth A. Safier (State Bar No. 197427)
　　　　　　　　　　　　　　　　　　　　　seth@gutridesafier.com
　　　　　　　　　　　　　　　　　　　　100 Pine Street, Suite 1250
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　　Telephone: (415) 639-9090
　　　　　　　　　　　　　　　　　　　　Facsimile:  (415) 449-6469

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*